**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LONDON CRAY DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14 C 4986 |
| | ) | |
| THE CMS OF THE STATE OF ILLINOIS, | ) | Judge Jorge L. Alonso |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION AND ORDER**

Plaintiff has filed a "summons statement for settlement" in which he asks the Court to "hedge this matter for an early settlement." The Court construes this document as a request to schedule a settlement conference. In light of the fact that defendant's motion to dismiss the third amended complaint is currently being briefed and it is therefore highly unlikely that a settlement conference would be productive, the Court declines to schedule a settlement conference.

Also before the Court is plaintiff's motion for attorney representation. Plaintiff was previously represented by recruited counsel, who responded to defendants' motion to dismiss the amended complaint. The Court granted defendants' motion, gave plaintiff leave to file a second amended complaint with respect to defendant CMS, and noted that in order to state a failure-to-hire claim, plaintiff would have to allege how CMS itself discriminated against him or participated in a discriminatory act. The Court subsequently granted recruited counsel's motion to withdraw after an irreconcilable conflict with plaintiff arose with respect to the preparation of a second amended complaint. At that point, plaintiff stated that he wished to proceed pro se and then filed a third amended complaint, which CMS has moved to dismiss. Plaintiff has responded

to that motion, and the motion is under advisement. Because plaintiff would not benefit from the assistance of counsel at this juncture of the proceedings, his motion for attorney representation [54] is denied without prejudice. In the event that the Court denies defendant's motion to dismiss, plaintiff may renew the motion at that point.

**SO ORDERED.**                                   **ENTERED:   April 18, 2016**

_____
**JORGE L. ALONSO**
**United States District Judge**